| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash |
|---|---|---|---|---|
| 1 | 73.14.86.128 | 4/25/15 08:53:11 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 2 | 71.218.209.130 | 4/25/15 08:22:48 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 3 | 71.219.242.1 | 4/25/15 05:20:18 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 4 | 98.245.107.115 | 4/25/15 04:36:27 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 5 | 75.173.234.239 | 4/25/15 04:28:14 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 6 | 174.24.51.128 | 4/25/15 03:08:11 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 7 | 73.3.238.195 | 4/25/15 02:50:46 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 8 | 50.134.208.105 | 4/25/15 02:00:37 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 9 | 174.24.36.47 | 4/25/15 12:58:21 PM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 10 | 75.70.227.152 | 4/25/15 10:53:45 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 11 | 98.245.38.168 | 4/25/15 08:26:31 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 12 | 24.9.229.16 | 4/25/15 03:30:15 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 13 | 67.174.109.207 | 4/25/15 03:19:29 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 14 | 174.29.207.47 | 4/25/15 03:08:07 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 15 | 24.8.194.253 | 4/25/15 03:01:29 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 16 | 174.51.226.172 | 4/25/15 02:58:42 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 17 | 71.34.143.3 | 4/25/15 02:47:24 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 18 | 67.176.71.132 | 4/25/15 01:47:57 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 19 | 71.205.33.201 | 4/25/15 01:22:15 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 20 | 174.24.28.159 | 4/25/15 01:00:30 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 21 | 173.8.237.209 | 4/25/15 12:46:19 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |
| 22 | 73.217.118.19 | 4/25/15 12:28:42 AM | The Cobbler (2014) | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B |

| ISP | Region | City | Province |
| --- | --- | --- | --- |
| Comcast Cable | Colorado | Dillon | Summit County |
| CenturyLink | Colorado | Denver | Denver County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Pueblo | Pueblo County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Denver | Denver County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Arvada | Jefferson County |
| Comcast Cable | Colorado | Littleton | Arapahoe County |
| Comcast Cable | Colorado | Broomfield | Boulder County |
| CenturyLink | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Denver | Denver County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Pueblo | Pueblo County |
| Comcast Cable | Colorado | Littleton | Arapahoe County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| Comcast Business Communications | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Fort Collins | Larimer County |