IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02043-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

    Plaintiff,

v.

JOHN DOES 1-22,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on November 18, 2015 (ECF No. 14), it is

ORDERED that Defendant John Doe 22 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 19, 2015

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge