IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02043-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

     Plaintiff,

v.

JOHN DOES 1-21,

     Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 10, 2015 (ECF No. 16), it is

ORDERED that Defendant John Doe 3 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  December 14, 2015

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge