**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

COBBLER NEVADA, LLC,
a California limited liability company

---

**MONTHLY STATUS REPORT**

---

COMES NOW Cobbler Nevada, LLC, ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 15-cv-01814:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 3, 2015.  Plaintiff has dismissed John Does 4, 5, 7, 11, 13, 15, 17, 18, 25, 28 and 31 from this action.

**Civil Action No. 15-cv-01897:** Plaintiff has amended is complaint, naming one Doe Defendant and is awaiting issuance of the revised subpoena prior to serving the named Defendant.

**Civil Action No. 15-cv-01908:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 10, 2015. Plaintiff has dismissed John Does 1, 2, 4, 5, and 15 from this action.

**Civil Action No. 15-cv-01963:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 17, 2015.

**Civil Action No. 15-cv-01977:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 17, 2015. Plaintiff has dismissed John Does 3 and 25 from this action.

**Civil Action No. 15-cv-02031:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 5, 2015. Plaintiff has dismissed John Does 2, 17 and 18 from this action.

**Civil Action No. 15-cv-02043:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 1, 2015. Plaintiff has dismissed John Does 3 and 22 from this action.

**Civil Action No. 15-cv-02065:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 1, 2015. Plaintiff has dismissed John Does 9 and 14 from this action.

**Civil Action No. 15-cv-02092:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 1, 2015. Plaintiff has dismissed John Doe 12 from this action.

**Civil Action No. 15-cv-02100:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 5, 2015.

**Civil Action No. 15-cv-02159:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 5, 2015. Plaintiff has dismissed John Does 5, 6, 13 and 15 from this action.

**Civil Action No. 15-cv-02217:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 20, 2015.

**Civil Action No. 15-cv-02259:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 20, 2015.

**Civil Action No. 15-cv-02273:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 20, 2015. Plaintiff has dismissed John Doe 7 from this action.

**Civil Action No. 15-cv-02706:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on December 30, 2015.

**Civil Action No. 15-cv-02747:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on December 30, 2015.

**Civil Action No. 15-cv-02771:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on December 30, 2015.

**Civil Action No. 15-cv-02791:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on December 30, 2015.

Respectfully submitted this 10th day of March, 2016.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-440
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on 10th day of February 2016, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                                            By: /s/ Maegan Stevens
                                            Maegan M. Stevens, Paralegal
                                            Brown & Kannady, LLC