IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) Civil Action No. 15-cv-02043-WJD-MEH |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF DISMISSAL |
| | ) |
| John Doe 1, et.al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff, Countryman Nevada, LLC and Defendant Doe #19 have entered into a confidential settlement agreement resolving this dispute. Plaintiff advises the court that this case may be dismissed against this Defendant, with prejudice, pursuant to the settlement agreement.

Defendant has not filed an Answer or Motion for Summary Judgment in this Matter.

THEREFORE, the Plaintiff hereby dismisses the above-referenced action filed against the Defendant John Doe #19, pursuant to F.R.C.P. 41(a)(1)(A)(i), with prejudice.

**Respectfully submitted this 22nd day of April 2016,**

BROWN & KANNADY, LLC

*/s/ Scott T Kannady*

Scott T. Kannady, Esq.
2000 S. Colorado Blvd.
Suite 2-440
Denver, Colorado 80222
Telephone (303) 757-3800
scott@brownlegal.com

Attorneys for Plaintiff.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2016, I electronically serve the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                                          By: /s/ Maegan M. Stevens
                                          Maegan Stevens, paralegal
                                          Brown & Kannady, LLC