IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02043-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

    Plaintiff,

v.

JOHN DOES 1-2, 4-21,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal (ECF No. 29) and Notice of Dismissal of Case (ECF No. 30) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 22, 2016, it is

ORDERED that Defendant John Doe 19 is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that all remaining Defendants and this case are **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 25, 2016

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge